**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2209

STEVEN ROLLAKANTI,

Plaintiff - Appellant,

v.

HOLY CROSS HOSPITAL,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Timothy J. Sullivan, Magistrate Judge.  (8:22-cv-00887-TJS)

Submitted:  March 21, 2023                          Decided:  March 23, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Rollakanti, Appellant Pro Se.  Robert R. Niccolini, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Rollakanti appeals the magistrate judge's order granting Appellee's motion for sanctions and dismissing Rollakanti's complaint pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Rollakanti v. Holy Cross Hosp.*, No. 8:22-cv-00887-TJS (D. Md. Nov. 15, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c).

2